**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6459**

In Re: RODNEY EUGENE SMITH,

Petitioner.

On Petition for Writ of Mandamus.  (1:01-cr-00007)

Submitted:  July 27, 2007          Decided:  August 9, 2007

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Rodney Eugene Smith, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Eugene Smith petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for relief from a void judgement. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED